| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRODY, MORTON A. | FEDERAL DISTRICT COURT | June 12, 1991 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) JUDGE | 5. Report Type (check appropriate type) X Nomination, Date 6/14/91 ___ Initial ___ Annual ___ Final | 6. Reporting Period JUNE, 1991 |
|---|---|---|

**7. Chambers or Office Address**
Kennebec County Courthouse
95 State St.
Augusta, Maine 04330

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION                        NAME OF ORGANIZATION/ENTITY

[X] **NONE** (No reportable positions)

_____ _____

_____ _____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE                            PARTIES AND TERMS

[X] **NONE** (No reportable agreements)

_____ _____

_____ _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | [ ] NONE (No reportable non-investment income) | |
| Salary | State of Maine | $ 80,132.55 |
| Salary | Colby College | $ 5,395.00 |
| Salary | Colby College (s) | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRODY, MORTON A. | June 12, 1991 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| (Both myself and my wife are reimbursed travel expenses in connection with our employment.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Student Loan Services | Guarantor - Student loan - daughter | J |
| Student Loan Services | Guarantor - Student loan - son | J |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRODY, MORTON A. | June 12, 1991 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy,sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code² (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 common stock BRISTOL-MYERS - SQUIBB | A | div. | J | T | | | | | |
| 2 common stock NIXOR | A | div. | J | T | | | | | |
| 3 common stock AT&T | A | div. | J | T | | | | | |
| 4 common stock OKLAHOMA GAS & ELECTRIC | A | div. | J | T | | | | | |
| 5 common stock FLEET BANK (S) | A | div. & int. | J | T | | | | | |
| 6 common stock FLEET BANK (DC) | A | div. & int. | J | T | | | | | |
| 7 annuity TIAA/CREF (S) | | | | | | | | | |
| 8 annuity (IRA) MFS/Sun Life (S) | | | | | | | | | |
| 9 annuity (IRA) MFS/Sun Life | | | | | | | | | |
| 10 U.S. Savings Bonds (DC) | | | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRODY, MORTON A. | June 12, 1991 |

## VIII.   ADDITIONAL INFORMATION or EXPLANATIONS.   (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____                     .

_____

_____

_____

## IX.   CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                Date  June 12, 1991

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                             United States Courts
                                                          Washington, DC  20544

Digitized by Google

# ATTACHMENT E

# FINANCIAL STATEMENT
# NET WORTH

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 000 | 00 | Notes payable to banks—secured | | | 00 |
| U.S. Government securities—add schedule | 2 | 795 | 00 | Notes payable to banks—unsecured | | | 00 |
| | | | | Notes payable to relatives | | | 00 |
| Listed securities—add schedule | 26 | 364 | 96 | Notes payable to others | | | 00 |
| Unlisted securities—add schedule | | | 00 | Accounts and bills due | | | 00 |
| Accounts and notes receivable: | | | | Unpaid income tax | | | 00 |
| Due from relatives and friends | | | 00 | Other unpaid tax and interest | | | 00 |
| Due from others | | | 00 | Real estate mortgages payable—add | | | |
| Doubtful | | | 00 | schedule | 99 | 354 | 56 |
| Real estate owned—add schedule | 375 | 000 | 00 | Chattel mortgages and other liens | | | |
| Real estate mortgages receivable | | | 00 | payable | | | 00 |
| Autos and other personal property | 14 | 700 | 00 | Other debts—itemize: | | | 00 |
| Cash value—life insurance | 7 | 221 | 00 | | | | 00 |
| Other assets—itemize: | | | | | | | |
| C.D. People's Heritage (S) | 4 | 000 | 00 | | | | |
| CD. Key Bank (S) | 1 | 200 | 00 | | | | |
| TIAA/CREF annuity (S) | 22 | 854 | 86 | Total liabilities | 99 | 354 | 56 |
| All others* | 80 | 149 | 25 | Net worth | 436 | 930 | 51 |
| Total assets | 536 | 285 | 07 | Total liabilities and net worth | 536 | 285 | 07 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | 19 | 536 | 03 | Are any assets pledged? (Add schedule.) | NO | | |
| On leases or contracts | | | 00 | | | | |
| Legal Claims | | | 00 | Are you defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | | 00 | | | | |
| Other special debt | | | 00 | Have you ever taken bankruptcy? | NO | | |

*Other assets - itemized:

| MFS/Sun Annuity | 66,599.00 |
|---|---|
| MFS/Sun Annuity (S) | 10,396.00 |
| Standby reserve fund | 3,154.25 |
| | 80,149.25 |

Digitized by Google